**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 00-6320**

―――――――

SEAN AARON HOLMES,

Petitioner - Appellant,

versus

PATRICK CONROY; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

Respondents - Appellees.

―――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
99-914-DKC)

―――――――

Submitted: July 10, 2000      Decided: July 19, 2000

―――――――

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

―――――――

Dismissed by unpublished per curiam opinion.

―――――――

Sean Aaron Holmes, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

―――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sean Holmes appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's memorandum and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Holmes v. Conroy, No. CA-99-914-DKC (D. Md. Feb. 17, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on February 16, 2000, the district court's records show that it was entered on the docket sheet on February 17, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).